IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    14-CV-1759 - CBS

PATRICIA A. GRAVES,

       Plaintiff,

v.

ROCKY MOUNTAIN UFCW UNION AND EMPLOYERS HEALTH PLAN,

       Defendant.

---

## ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE

The Court, having reviewed the Stipulation to Dismiss with Prejudice filed by the parties, dismisses this matter with prejudice, each party to pay her or its own attorney fees and costs.

DATED at Denver, Colorado, on August 12, 2014.

                                              BY THE COURT:

                                              *s/Craig B. Shaffer*
                                              Craig B. Shaffer
                                              United States Magistrate Judge